**Order entered June 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00780-CV

### MICHAEL O. PICKENS, Appellant

### V.

### ELIZABETH CORDIA, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01890-F**

## ORDER

This is an interlocutory accelerated appeal of an order denying, in part, and granting, in part, appellant's motion to dismiss the legal action. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.008 (West Supp. 2012). Before the Court is appellant's June 17, 2013 emergency motion for stay of discovery pending resolution of this appeal and appellees' June 21, 2013 response to that motion. In their response, appellees informed the Court that appellant has counterclaims pending in the trial court that are not part of this appeal. Because counterclaims are presently pending in the trial court, we **DENY** appellant's motion.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE